## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa L Cecolini | : | CASE NO.: 19-17459-mdc |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Melissa L. Cecolini, | : | |
| | : | MOTION FOR REDEMPTION |
| Movants, | : | 11 U.S.C § 722 |
| | : | |
| v. | : | **HEARING DATE: March 4, 2020** |
| | : | **HEARING TIME: 12:30 pm** |
| Prudential Bank | : | **HEARING PLACE: Courtroom No. 1** |
| 1834 W. Oregon Ave. | : | **The Gateway Building** |
| Philadelphia PA 19145 | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |
| Respondent. | : | |

## ORDER GRANTING REDEMPTION

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s): 2002 Skyline Manufactured Home.

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $21,428.

**IT HEREBY ORDERED:**

   **1.** That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

   **2.** Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instructions.

3. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable state agency shall cancel same of record.

Dated: _____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE