## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa L Cecolini | : | CASE NO.:  19-17459-mdc |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Melissa L. Cecolini, | : | |
| | : | MOTION FOR REDEMPTION |
| Movants, | : | 11 U.S.C § 722 |
| | : | |
| v. | : | **HEARING DATE: March 4, 2020** |
| | : | **HEARING TIME: 12:30 pm** |
| Prudential Bank | : | **HEARING PLACE: Courtroom No. 1** |
| 1834 W. Oregon Ave. | : | **The Gateway Building** |
| Philadelphia PA 19145 | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Patrick J. Best, Esq. do hereby certify that I have served the foregoing Motion to Redeem Personal Property, Notice of Motion, and Proposed Order upon the following recipients:

| Prudential Bank<br>c/o Dennis Pollack, CEO<br>1834 W. Oregon Ave.<br>Philadelphia PA 19145 | Lynn E. Feldman, Trustee<br>221 N Cedar Crest Blvd.<br>Allentown, PA 18104 | Office of the United States Trustee,<br>Custom House<br>200 Chestnut Street, Suite 502,<br>Philadelphia, PA 19106 |
|---|---|---|

Via Public Access to Court Electronic Records/Electronic Case Filing and U.S. First Class Mail on February 6, 2020.

Date: February 6, 2020

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899