**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **MELISSA L. CECOLINI,** | : | **Case No. 19-17459-mdc** |
| | : | |
| Debtor. | : | |
| | : | |

**RESPONSE IN OPPOSITION TO MOTION TO REDEEM**

Prudential Savings Bank ("Prudential"), by and through its counsel Obermayer Rebmann Maxwell & Hippel LLP files this Response in Opposition to the Motion to Redeem filed by Melissa Cecolini (the "Debtor") and states as follows:

1. Denied. It is specifically denied that the property in question is tangible personal property, and strict proof is demanded upon a hearing.

2. Admitted.

3. Denied. Strict proof is demanded upon a hearing.

4. Denied. Strict proof of the ability to make payment from exempt funds is demanded upon a hearing.

WHEREFORE, Prudential requests the Court enter an order denying the Debtor's Motion to Redeem.

Respectfully submitted,

Dated: February 20, 2020

By: */s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1500 Market Street Suite 3400
Philadelphia, PA 19102
215-665-3066 – Telephone
*Counsel to Prudential Savings Bank*