# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **MELISSA L. CECOLINI,** | **Case No. 19-17459-mdc** |
| Debtor. | |

## ORDER

Upon consideration of the Motion to Redeem filed by debtor Melissa L. Cecolini and the Response in Opposition thereto filed by Prudential Savings Bank,

It is hereby ORDERED that the Motion to Redeem is DENIED.

Dated: _____

Magdeline D. Coleman
United States Bankruptcy Judge

OMC\4834-5129-4901.v1-2/20/20