#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 7** |
|  | : |  |
| **MELISSA L. CECOLINI,** | : | **Case No. 19-17459-mdc** |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for Prudential Savings Bank, hereby certify that on February 20, 2020, a true and correct copy of the Response in Opposition to Motion to Redeem in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

OMC\4834-5129-4901.v1-2/20/20

## **SERVICE LIST**

Patrick J. Best, Esq.
patrick@armlawyers.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Melissa L. Cecolini
4190 Heritage Lane
Walnutport, PA 18088

OMC\4834-5129-4901.v1-2/20/20