# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa L Cecolini | : | CASE NO.: 19-17459-mdc |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Melissa L. Cecolini, | : | |
| | : | MOTION FOR REDEMPTION |
| Movant, | : | 11 U.S.C § 722 |
| | : | |
| v. | : | |
| | : | |
| Prudential Bank | : | |
| | : | |
| Respondent. | : | |

## STIPULATION RESOLVING MOTION TO REDEEM

1. Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on November 29, 2019.

2. Debtor filed a Motion to Redeem Property of the Estate on February 6, 2020 pertaining to a 2002 Skyline Manufactured Home.

3. The parties now seek to enter into this Stipulation to resolve the Motion to Redeem.

4. To that end, the parties agree as follows:

    a. The 2002 Skyline Manufactured home is tangible personal property for primarily personal, family, or household use of the Debtor.

    b. The debt owing the Respondent is a dischargeable consumer debt.

    c. The property is exempt or has been abandoned by the estate.

    d. The value of the property, and the allowed secured claim of the Respondent that is secured by a lien on the property, the "redemption amount" is $35,000.00.

    e. Debtor shall have sixty (60) days to provide $35,000.00 to Respondent in order to redeem the property.

    f. Upon timely receipt of such payment, the Respondent shall release its lien of record.

5. Electronic and/or facsimile signatures shall be treated as an original signature for purposes of this Stipulation.

6. The parties specifically request the Court adopt the attached Order; however, if the Court, for any reason, does not enter the Order, this Stipulation shall be null and void and of no consequence.

Date: 4/28/2020

DocuSigned by:
*Patrick Best*
DBA45C3DC5BE4E1...

Patrick J. Best, Esq.
Attorney for Debtor/Movant

Date: 4/30/2020

DocuSigned by:
*Michael Vagnoni*
A6E8465DCE424B7...

Michael Vagnoni, Esq.
Counsel for Respondent
Prudential Bank

OMC\4845-7195-5643.v1-4/27/20