### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa L Cecolini | : | CASE NO.: 19-17459-pmm |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Melissa L. Cecolini, | : | |
| | : | MOTION FOR REDEMPTION |
| Movant, | : | 11 U.S.C § 722 |
| | : | |
| v. | : | |
| | : | |
| Prudential Bank | : | |
| | : | |
| Respondent. | : | |

## ORDER GRANTING REDEMPTION

Upon the motion of the Debtor (s) and subsequent Stipulation of the parties, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s): 2002 Skyline Manufactured Home.

2. The debt owing the Respondent is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the property, and the allowed secured claim of the Respondent that is secured by a lien on the property, the "redemption amount" is $35,000.00.

**IT HEREBY ORDERED:**

**1.** That the Debtor (s) may redeem the subject property by paying to the Respondent on or before the sixtieth (60th) day following entry of this Order the redemption amount.

**2.** Upon timely receipt of such payment, the Respondent is ordered to release its lien of record.

OMC\4846-8972-3835.v1-4/30/20

3. In the event of the failure of the Respondent to so release its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be released, and it is Ordered that the applicable state agency shall release same of record.

Dated: _____

                                                 PATRICIA M. MAYER
                                               UNITED STATES BANKRUPTCY JUDGE